CHERKAS, J.

v.

CHERKAS, D.

**2249 EDA 2016**

Superior Court of Pennsylvania.

08/25/2017

2013–08885
(Montgomery)

Affirmed

COM.

v.

FISHER, T.

**2520 EDA 2016**

Superior Court of Pennsylvania.

08/25/2017

CP–51–CR–0906001–2005
(Philadelphia)

Affirmed

COM.

v.

CHRISTOPHER, T.

**2465 EDA 2016**

Superior Court of Pennsylvania.

08/25/2017

CP–39–CR–0004689–2014
(Lehigh)

Affirmed

COM.

v.

RYALS, L.

**2563 EDA 2016**

Superior Court of Pennsylvania.

08/25/2017

CP–46–CR–0001198–2009
(Montgomery)

Affirmed